THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ENGLISH, LLC, and )<br>BESSIE SALTER, )<br>)<br>Defendants. ) | Case No. 1:23-cv-00028 |

## SCOTTSDALE INSURANCE COMPANY'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned provides the following disclosure of any parent corporation and any publicly held corporation owning 10% or more of its stock:

Scottsdale Insurance Company is a wholly-owned subsidiary of Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company does not have a parent corporation. No publicly held corporation owns 10% or more of Nationwide Mutual Insurance Company's stock.

DATE: January 3, 2023

Respectfully submitted,

By: /s/ Jonathan L. Schwartz
Attorney for Scottsdale Insurance Company

Jonathan L. Schwartz
Glenn A. Klinger
FREEMAN MATHIS & GARY LLP
111 W Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com
glenn.klinger@fmglaw.com

21440710_1