# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Scottsdale Insurance Company,

Plaintiff(s),

v.

American English, LLC,

Defendant(s).

Case No. 23 cv 28
Judge Maria Valdez

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Scottsdale Insurance Company and against Defendant American English, LLC pursuant to Plaintiff's Motion for Judgment on the Pleadings [32].

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Maria Valdez on a motion by Plaintiff for Judgment on the Pleadings [32].

Date: 8/21/2023                              Thomas G. Bruton, Clerk of Court

                                             Lisa K. Provine, Deputy Clerk